## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DAVID CHANCE REAGAN**                                      **PLAINTIFF**
**ADC # 096215**

**v.**                              **No. 3:11-cv-188-DPM**

**CLAY COUNTY JAIL; GERALD MCCLUNG,**
**Sheriff, Clay County; MONTE SANDERS, Head Jailer,**
**Clay County Jail; DAVID LEACH, Jailer,  Clay County**
**Jail; CALEB ROUSE, Jailer, Clay County Jail;**
**CHRISTOPHER HUNTER, Prisoner; and**
**STEVE JONES, Prisoner**                              **DEFENDANTS**

### ORDER

The Court has reviewed *de novo* Magistrate Judge Deere's proposed partial disposition, *Document No. 8*, and Reagan's objections, *Document No. 17–1*, including the attached statements. While the Court (like Judge Deere), does not condone the troubling behavior alleged, Judge Deere's proposal is correct on the governing law. The Court therefore adopts it. All Reagan's claims against the Clay County Jail, Sherriff McClung, Jailer Leach, and inmates Hunter and Jones are dismissed without prejudice. Reagan's negligence and conditions-of-confinement claims are dismissed without prejudice too.

So Ordered.

D.P. Marshall Jr.
United States District Judge

24 January 2012