IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


DAVID CHANCE REAGAN                                                           PLAINTIFF
ADC # 096215

v.                          No. 3:11-cv-188-DPM

CLAY COUNTY JAIL; GERALD MCCLUNG,
Sheriff, Clay County; MONTE SANDERS, Head Jailer,
Clay County Jail; DAVID LEACH, Jailer, Clay County
Jail; CALEB ROUSE, Jailer, Clay County Jail;
CHRISTOPHER HUNTER, Prisoner; and
STEVE JONES, Prisoner                                                          DEFENDANTS


ORDER

The Court has reviewed *de novo* Magistrate Judge Deere's proposed partial disposition, *Document No. 8*, and Reagan's objections, *Document No. 17-1*, including the attached statements. While the Court (like Judge Deere), does not condone the troubling behavior alleged, Judge Deere's proposal is correct on the governing law. The Court therefore adopts it. All Reagan's claims against the Clay County Jail, Sherriff McClung, Jailer Leach, and inmates Hunter and Jones are dismissed without prejudice. Reagan's negligence and conditions-of-confinement claims are dismissed without prejudice too.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 January 2012