**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DAVID CHANCE REAGAN
ADC # 096215**                                                                                           **PLAINTIFF**

**V.**                     **CASE NO. 3:11CV00188 BD**

**CLAY COUNTY JAIL,** *et al.*                                                            **DEFENDANTS**

**<u>ORDER</u>**

Defendants have moved for summary judgment on all of Mr. Reagan's claims in this lawsuit. (Docket entry #27) Mr. Reagan now has the opportunity to file a response opposing the motion. His response is due within fourteen (14) days of this Order.[1]

The response may include opposing affidavits that Mr. Reagan or others have signed. Affidavits are sworn statements, so they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person signing it.

---

[1] Local Rule 5.5(c)(2) includes requirements for parties who are not represented by counsel. They must: promptly notify the Clerk and the other parties in the case of any change in address; monitor the progress of the case and to prosecute or defend the case diligently; sign all pleadings and include a current address, zip code, and telephone number; and be familiar with and follow both Local Rules and the Federal Rules of Civil Procedure. Any plaintiff not represented by counsel must respond to communications from the Court within thirty (30) days, or the case can be dismissed.

If Mr. Reagan files a response, he must also file a separate short statement setting forth the disputed facts that he believes must be decided at a trial. See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas

IT IS SO ORDERED this 8th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE