# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DAVID CHANCE REAGAN**
**ADC # 096215**                                                                                   **PLAINTIFF**

V.                              CASE NO. 3:11CV00188 BD

**CLAY COUNTY JAIL,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 30th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE